IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR ALAN WOLK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-CV-832 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF THIRD CIRCUIT DECISION

The Third Circuit in *Davin v. United States Department of Justice*, 60 F.3d 1043 (3rd Cir. 1995) adopted the "rational nexus" test from *Pratt v. Webster*, 673 F.2d 408 (D.C. Cir. 1982) to determine whether records were complied for law enforcement purposes.

Respectfully submitted,

PATRICK L. MEEHAN
UNITED STATES ATTORNEY

NURIYE C. UYGUR
Assistant U.S. Attorney

Dated: October 20, 2004

# CERTIFICATE OF SERVICE

I certify that, on this date, a true and correct copy of the foregoing Notice of Third Circuit Ruling was served by First Class mail, postage pre-paid, upon the following:

Matthew Kristopher Clarke
Wolk & Genter
1710-12 Locust Street
Philadelphia, PA 19103

Attorney for Plaintiff

Nuriye C. Uygur
Assistant United States Attorney

Dated: October 20, 2004